201600360
(reg)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

| | |
|---|---|
| IN RE: | Case No. 15-52075 |
| Patrick Mason Avery, Sr.<br>Trina Celeste Avery<br>                Debtors | Chapter 13<br>Judge Wise<br><br>**ORDER GRANTING MOTION OF U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST FOR APPROVAL OF LOAN MODIFICATION (PROPERTY ADDRESS: 1103 MILLER STREET, MILLERSBURG, KY 40348)** |

This matter is before the Court upon the Motion for Approval of Loan Modification filed herein by the secured creditor, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust; and it appearing to the Court that the debtors, debtors' counsel, the Trustee and any lienholders were served with a copy of said Motion as indicated on the Certificate of Service attached to said Motion, and were served with a notice and opportunity for hearing; and it further appearing that movant's Motion is well taken; accordingly,

IT IS ORDERED THAT the mortgage between Movant and the Debtors is hereby modified lowering their interest rate and monthly mortgage payment. The Debtors are to continue paying their mortgage loan to Movant outside the plan, per the terms of the loan modification agreement.

/s/ Kerri N. Bruckner
Kerri N. Bruckner
Kentucky Bar # 89223
(513) 241-3100 x-3277

LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 354-6464 fax
ekybk@lsrlaw.com

COPIES TO:

Patrick T. Smith, Debtor's Counsel
2240 Executive Drive
Suite 104
Lexington, KY 40505
ptsmithlaw@mikrotec.com
VIA ELECTRONIC SERVICE

Beverly M. Burden, Trustee
100 East Vine Street
Merrill Lynch Building
Suite 500
P.O. Box 2204
Lexington, Kentucky 40595-2204
VIA ELECTRONIC SERVICE

Office of the US Trustee
100 East Vine Street
Suite 500
Lexington, Kentucky 40507
ustpregion08.lx.ecf@usdoj.gov
VIA ELECTRONIC SERVICE

Patrick Mason Avery, Sr.
PO Box 515
Millersburg, KY 40348
ORDINARY U.S. MAIL, POSTAGE PRE-PAID
Trina Celeste Avery
PO Box 515
Millersburg, KY 40348
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Hon. Mia L. Conner - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
ekybk@lsrlaw.com
VIA ELECTRONIC SERVICE